# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH P. MOFFITT, | : Civil No. 3:19-CV-00899 |
| Plaintiff, | : |
| v. | : |
| TUNKHANNOCK AREA SCHOOL DISTRICT, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 30th day of September, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motion to dismiss (Doc. 22) is **GRANTED**.

2. Plaintiff's amended complaint (Doc. 21) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania